IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Yolanda | Case Number: 05 B 60901 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 23, 2009
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,897.71 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,383.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,205.20 |
| Trustee Fee: |  | 271.52 |
| Other Funds: |  | 37.71 |
| Totals: | 4,897.71 | 4,897.71 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,205.20 | 2,205.20 |
| 2. | MCSI | Unsecured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Unsecured | 149.82 | 386.29 |
| 4. | AmeriCash Loans, LLC | Unsecured | 77.68 | 200.25 |
| 5. | Nationwide Acceptance Corp | Unsecured | 271.77 | 700.76 |
| 6. | Premier Bankcard | Unsecured | 51.72 | 133.33 |
| 7. | Wisconsin Electric | Unsecured | 280.19 | 722.52 |
| 8. | Portfolio Recovery Associates | Unsecured | 93.13 | 240.13 |
| 9. | FNB Brooking | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | CBA | Unsecured |  | No Claim Filed |
| 12. | Bank One | Unsecured |  | No Claim Filed |
| 13. | Fall Collection Service | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 16. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 17. | Fncc | Unsecured |  | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 19. | Merchants | Unsecured |  | No Claim Filed |
| 20. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 21. | Balaban Furniture Ltd | Unsecured |  | No Claim Filed |
| 22. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 23. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 24. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 25. | United Credit Natl Bank | Unsecured |  | No Claim Filed |
| 26. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Yolanda | Case Number: | 05 B 60901 |
| | | Judge: | Hollis, Pamela S |
| Printed: 02/24/09 | | Filed: | 10/15/05 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Torres Credit | Unsecured | | No Claim Filed |
| | | $ 3,129.51 | $ 4,588.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 37.56 |
| 5% | 10.66 |
| 4.8% | 20.42 |
| 5.4% | 135.05 |
| 6.5% | 41.68 |
| 6.6% | 26.15 |
| | $ 271.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ DMack*